| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter   **11** |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Bay Ridge Automotive Company, LLC** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bay Ridge Ford** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1500694** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **612 86th Street**<br>**Brooklyn, NY 11228**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    **www.bayridgeford.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Rider** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern District of New York** | When | Case number, if known |

Debtor  **Bay Ridge Automotive Company, LLC**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    Check all that apply:

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
              Contact name      _____
              Phone             _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Bay Ridge Automotive Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2017
MM / DD / YYYY

X _____          Gary B. Flom
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

X _____          Date 07/10/2017
Signature of attorney for debtor                        MM / DD / YYYY

**Eric J. Snyder**
Printed name

**Wilk Auslander LLP**
Firm name

**1515 Broadway, 43rd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **212-981-2328**     Email address   **esnyder@wilkauslander.com**

**2161164**
Bar number and State

| Fill in this information to identify your case: | |
| --- | --- |
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK | |
| Case number *(if known)* | Chapter __11__ |

☐ Check if this an
amended filing

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 of BICOM NY, LLC.

- BICOM NY, LLC
- ISCOM NY, LLC
- Bay Ridge Automotive Company, LLC

**UNANIMOUS WRITTEN CONSENT**
**OF**
**THE MEMBERS OF BAY RIDGE AUTOMOTIVE COMPANY, LLC**
**As of June __, 2017**

The undersigned being all of the members (collectively, the "Members") of BAY RIDGE AUTOMOTIVE COMPANY, LLC (the "Company") do hereby consent to, adopt and approve the following resolutions by unanimous written consent in lieu of a meeting:

**BANKRUPTCY PETITION**

**WHEREAS,** the Members of the Company deem it advisable and in the best interests of the Company to file voluntary petitions in the United States Bankruptcy Court (the "Petition") pursuant to Chapter 11 of Title 11 of the United States Code, including, but not limited to, any and all exhibits, schedules and annexes related to the Petition and all agreements, undertakings, certificates, instruments and other documents contemplated thereby and executed and delivered in connection therewith (collectively with the Petition, the " Petition Documents").

**AUTHORIZATION**

**NOW, THEREFORE, BE IT RESOLVED** that the Petition and the Petition Documents are hereby approved;

**RESOLVED,** that the form, terms and provisions of the Petition Documents being delivered in connection with the Petition, and the performance by the Company of all of its obligations under the Petition Documents, be, and they hereby are, adopted, approved, ratified and confirmed in all respects;

**RESOLVED,** that Gary Flom, as Manager of the Company (the "Manager"), is, authorized, empowered and directed, in the name of and on behalf of the Company and under its corporate seal or otherwise, to execute and deliver all documents necessary to perfect the Petition on behalf of the Company, with such additions thereto or deletions therefrom as the Manager shall, in his or their sole discretion, determine to be necessary, proper or advisable, such determination, and the Member's approval thereof, to be evidenced conclusively by the execution and delivery thereof;

**RESOLVED,** that the Manager is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy cases;

**RESOLVED,** that the Manager on behalf of the Company is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Company in such bankruptcy cases;

**RESOLVED,** that any and all actions taken by the Manager on behalf of the Company, in connection with and in furtherance of the matters referred to in the foregoing resolutions, is hereby ratified, confirmed, adopted and approved in all respects;

00979871.1

**RESOLVED**, that the Manager be and hereby is, authorized, empowered and directed to take all such further action, and to execute, deliver, certify and file all such further agreements, undertakings, certificates, instruments and other documents, in the name and on behalf of the Company, and under its corporate seal or otherwise, and to pay such costs and expense as such Manager in his sole discretion, determines to be necessary, proper or advisable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby; the taking of such actions and the execution and delivery, certification and filing of such agreements, undertakings, certificates, instruments and other documents to be conclusive evidence of the Members ratification, confirmation, adoption and approval thereof; and

**RESOLVED**, that the Company shall not make any distributions to any of the Members unless such distributions are authorized by the unanimous written consent of all of the Members of the Company or pursuant to an order of the United States Bankruptcy Court.

This Consent may be executed and delivered in counterparts (including by electronic transmission), each of which shall be an original instrument, but all of which together shall constitute one Consent.

*[Signature Page Follows]*

00979871.1

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Company, have executed this Unanimous Written Consent as of the date hereof.

_____
Alex Boyko

_____
Ven Nilva

_____
Gary Flom

*[Signature Page to Unanimous Written Consent of the Members – BAY RIDGE AUTOMOTIVE COMPANY, LLC]*

00979871.1

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Company, have executed this Unanimous Written Consent as of the date hereof.

06.22.17

_____
Alex Boyko

_____
Ven Nilva

_____
Gary Flom

*[Signature Page to Unanimous Written Consent of the Members – BAY RIDGE AUTOMOTIVE COMPANY, LLC]*

00979871.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                           :
                                                                 :      Chapter 11
BAY RIDGE AUTOMOTIVE COMPANY, LLC,        :
                                                                 :
                                        Debtor.        :      Case No. 17- [_____] (___)
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### LIST OF EQUITY HOLDERS

| MEMBER | PERCENTAGE INTEREST |
|--------|---------------------|
| Gary Flom | 40% |
| Ven Nilva | 30% |
| Alex Boyko | 30% |

Dated:   New York, New York          **BAY RIDGE AUTOMOTIVE COMPANY, LLC**
     7/10 ____, 2017

                          By: _____
                                Gary B. Flom
                                Manager

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                              :

                                                    :        Chapter 11

BAY RIDGE AUTOMOTIVE COMPANY, LLC,    :

                                                    :

                        Debtor.              :        Case No. 17- [_____] (___)

                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE OWNERSHIP STATEMENT

The above-captioned debtor (the "Debtor") certifies pursuant to Rules 1007(a)(1) and
7007.1 of the Federal Rules of Bankruptcy Procedure, that there are no corporations, other than a
government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity
interest.

The Debtor further certifies pursuant to Rule 1007-3 of the Local Rules for the U.S.
Bankruptcy Court for the Southern District of New York that there are no corporations whose
securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any
class of the corporation's equity interests, and any general or limited partnership or joint venture
in which the Debtor owns an interest.

Dated:   New York, New York
        _7/10___, 2017

                                    **BAY RIDGE AUTOMOTIVE COMPANY, LLC**

                                    By: _____
                                         Gary B. Flom
                                         Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bay Ridge Automotive Company, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/10/17         X _____
                              Signature of individual signing on behalf of debtor

                              Gary B. Flom
                              Printed name

                              Manager
                              Position or relationship to debtor

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AER Sales LP 1605 Surveyor Blvd. Carrollton, TX 75006 | | | Disputed | | | $75,950.88 |
| Auto Alert 9050 Irvine Center Drive Irvine, CA 92618 | | | Disputed | | | $21,387.45 |
| Autoloop PO Box 1266 Clearwater, FL 33757-1266 | | | Disputed | | | $35,500.19 |
| Cars.com, LLC 2631 Solution Center Chicago, IL 60677-0001 | | | Disputed | | | $17,470.19 |
| Danken Auto Parts 84 18th Street Brooklyn, NY 11232 | | | Disputed | | | $15,785.60 |
| Dige Associates LLC 2707 Landing Avenue Bellmore, NY 11710 | | | Disputed | | | $125,156.40 |
| Edmunds.com, Inc. PO Box 783531 Philadelphia, PA 19178-3531 | | | Disputed | | | $23,787.34 |
| Ford Motor Company 16800 Executive Plaza Dearborn, MI 48126 | | | Disputed | | | $42,708.30 |

Debtor  **Bay Ridge Automotive Company, LLC**                              Case number *(if known)* _____
        _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Independent Dealer Group, Inc. 851 International Pkwy Suite 100 Richardson, TX 75085 | | | Disputed | | | $19,385.00 |
| Joseph S. Aboyoun, Esq. 77 Bloomfield Avenue Route 46 Pine Brook, NJ 07058 | | | | | | $29,331.13 |
| L & S Collision 41 Rector Street Staten Island, NY 10310-1223 | | | Disputed | | | $42,167.00 |
| Michael Lilikakis 235 89th Street Brooklyn, NY 11209 | | | Disputed | | | $17,800.00 |
| Motivated Security Services PO Box 215 Somerville, NJ 08876 | | | Disputed | | | $39,566.56 |
| NYCEDC PO Box 5264 New York, NY 10008-5264 | | | Disputed | | | $57,905.48 |
| NYS Dept. of Taxation Bankruptcy Division PO Box 5300 Albany, NY 12205-0300 | | | Disputed | | | $760,904.00 |
| One Service Source Inc. PO Box 40 Carle Place, NY 11514 | | | Disputed | | | $22,569.78 |
| Paul Revere Life Ins. Co. PO Box 1365 Columbia, SC 29202-1365 | | | Disputed | | | $27,499.72 |
| Pitta Bishop Del Giorno & Gibl 120 Broadway 28th Floor New York, NY 10271 | | | Disputed | | | $74,187.05 |

Debtor  **Bay Ridge Automotive Company, LLC**                                    Case number *(if known)*  _____
        _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TD Bank 32 Chestnut Street Lewiston, ME 04240 | | | Disputed | | | $42,084.68 |
| UAW Local 259 140 Sylvan Avenue Suite 303 Englewood Cliffs, NJ 07632 | | | Disputed | | | $50,652.92 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $                0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................  $     14,851,262.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................  $     14,851,262.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................  $      7,753,437.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................  $      1,003,503.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$      1,047,674.98

4. **Total liabilities** ...................................................................................  $      9,804,614.98
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bay Ridge Automotive Company, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

    7.1.    See Attachment No. 1                                                                    $206,265.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                                          $206,265.00

**Part 3:       Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 677,560.00 | - | 0.00 | = .... | $677,560.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | 11b. Over 90 days old: | 616,801.00 | - | 0.00 =.... | $616,801.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$1,294,361.00** |
|---|---|---|

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress ? | 06/25/2017 | $24,868.00 | | $24,868.00 |
| | Parts | | $1,608,550.00 | | $1,608,550.00 |

| 21. | Finished goods, including goods held for resale |
|---|---|
| 22. | Other inventory or supplies |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | **$1,633,418.00** |
|---|---|---|

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|

☑ No
☐ Yes

| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** |
|---|---|

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| 26. | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture Shop equipment | $1,072,272.00 | | $1,072,272.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | | $1,072,272.00 |
|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | New Cars | $2,215,506.00 | | $2,215,506.00 |
| 47.2. | New Trucks | $5,573,566.00 | | $5,573,566.00 |
| 47.3. | Demo | $965,915.00 | | $965,915.00 |
| 47.4. | Other | $1,264,020.00 | | $1,264,020.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |

Debtor   **Bay Ridge Automotive Company, LLC**                    Case number *(If known)* _____
_____
Name

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
|---|---|---|---|---|
| | ? | $625,939.00 | | $625,939.00 |

| 51. | Total of Part 8. | | |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | $10,644,946.00 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 182 58th Street, Brooklyn, NY | Tenant/Improvements | $4,275,484.00 | | Unknown |
| 55.2. | 612 86th Street, Brooklyn, NY | Tenant | $0.00 | | Unknown |
| 55.3. | 636-640 86th Street, Brooklyn, NY | Tenant | $0.00 | | Unknown |

| 56. | Total of Part 9. | | |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | $0.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

Debtor    **Bay Ridge Automotive Company, LLC**                    Case number *(If known)* _____
          <sub>Name</sub>

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites**<br>? | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>? | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations**<br>? | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.  **Total of Part 10.**                                                    $0.00
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $206,265.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,294,361.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $1,633,418.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,072,272.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $10,644,946.00 | |
| 88. **Real property.** Copy line 56, Part 9.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,851,262.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $14,851,262.00 |

**Fill in this information to identify the case:**

Debtor name   **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1   JP Morgan Chase Bank, NA**
Creditor's Name

| | | |
|---|---|---|
| Describe debtor's property that is subject to a lien<br>**Blanket lien** | $5,293,651.00 | $0.00 |

**10 South Dearborn St.**
**Chicago, IL 60603**
Creditor's mailing address

Describe the lien _____

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2   TD Bank**
Creditor's Name

| | | |
|---|---|---|
| Describe debtor's property that is subject to a lien<br>**Improvements to 152 58th Street, Brooklyn, NY** | $2,459,786.00 | $0.00 |

**1100 Lake Street**
**Ramsey, NJ 07446**
Creditor's mailing address

Describe the lien _____

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Bay Ridge Automotive Company, LLC**          Case number (if know) _____
          _____
          Name

■ No
☐ Yes. Specify each creditor,     ☐ Contingent
including this creditor and its    ☐ Unliquidated
relative priority.                 ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $7,753,437.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adele Mineo**<br>**2036 80th Street**<br>**Apt. 2R**<br>**Brooklyn, NY 11214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,800.00 | $1,800.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Aleksander Malakhov**<br>**2911 86th Street**<br>**Apt. 7D**<br>**Brooklyn, NY 11223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,628.00 | $3,628.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**Alex Avrutsky**
**1378 Holiday Park Drive**
**Wantagh, NY 11793**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Amanda Ryan**
**614 Mayfair Dr. S**
**Brooklyn, NY 11234**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,991.00 | $1,991.00 |
|---|---|---|---|---|

**Angelo Castelli**
**120 E. 34th Street**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,303.00 | $2,303.00 |
|---|---|---|---|---|

**Ann Monahan**
**152 Merrill Avenue**
**Staten Island, NY 10314**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|--------|------|------|--|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.00 | $197.00 |
|-----|------|------|------|------|

**Anna Schneider Alvarez**
**7406 17th Avenue**
**Apt. D1**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,356.00 | $5,356.00 |
|-----|------|------|------|------|

**Anthony Chuisano**
**41 Richard Lane**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $940.00 | $940.00 |
|-----|------|------|------|------|

**Anthony Felline**
**426 Naughton Avenue**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 | $2,100.00 |
|------|------|------|------|------|

**Anthony Icorvaia**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Bay Ridge Automotive Company, LLC**                                Case number (if known) _____
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,858.00 | $1,858.00 |
|---|---|---|---|---|

**Anthony J. Chuisano**
**41 Richard Lane**
**Staten Island, NY 10314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,376.00 | $4,376.00 |
|---|---|---|---|---|

**Brian Bischoff**
**2353 Morse Avenue**
**Scotch Plains, NJ 07076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,469.00 | $2,469.00 |
|---|---|---|---|---|

**Carla Martinez**
**467 40th Street**
**Apt. 3R**
**Brooklyn, NY 11232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,055.00 | $4,055.00 |
|---|---|---|---|---|

**Chi Wah Chan**
**2021 E. 23rd Street**
**Brooklyn, NY 11229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Bay Ridge Automotive Company, LLC**                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,004.00 | $2,004.00 |

| 2.15 | Priority creditor's name and mailing address<br>**Christian Rodriguez**<br>**3162 Bayview Avenue**<br>**Apt. 7B**<br>**Brooklyn, NY 11224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,004.00 | $2,004.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Crawford Bazil**<br>**151 W. 228th Street**<br>**Apt. #16**<br>**Bronx, NY 10463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,355.00 | $3,355.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Danira Cerio**<br>**2049 West 7th Street**<br>**Brooklyn, NY 11223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**David Todd**<br>**550 Bayridge Parkway**<br>**Brooklyn, NY 11209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,700.00 | $3,700.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.19** | Priority creditor's name and mailing address
**Dennis Cort**
**2237 Schenectady Avenue**
**Brooklyn, NY 11234**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$6,117.00    $6,117.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Domingo Rodriguez**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$1,522.00    $1,522.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Dwayne Bagot**
**166 East 32nd Street**
**Brooklyn, NY 11226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$4,726.00    $4,726.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Edgar Fajardo**
**119 West 28th Street**
**Bayonne, NJ 07002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$5,804.00    $5,804.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,013.00 | $2,013.00 |
|---|---|---|---|---|

**Edward Ramdour**
**117-32 124th Street**
**South Ozone Park, NY 11420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,821.00 | $1,821.00 |
|---|---|---|---|---|

**Elaine Luskin**
**2057 Bay Ridge Parkway**
**Brooklyn, NY 11204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Everton McLeod**
**3990 Bronx Blvd.**
**Bronx, NY 10466**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,159.00 | $4,159.00 |
|---|---|---|---|---|

**Fabrizzo Jaramillo**
**14 1st Avenue**
**East Rockaway, NY 11518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.00 | $837.00 |
|---|---|---|---|---|

**Francillia Valentine**
**1 St. Paul Court**
**Apt. 3B**
**Brooklyn, NY 11226**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.00 | $1,414.00 |
|---|---|---|---|---|

**George Petrossian**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,202.00 | $5,202.00 |
|---|---|---|---|---|

**Giovanni Sanchez**
**358 53rd Street**
**Brooklyn, NY 11220**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,141.00 | $5,141.00 |
|---|---|---|---|---|

**Gregory Davey**
**1637 E. 91st Street**
**Brooklyn, NY 11236**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,945.00 | $3,945.00 |
|---|---|---|---|---|

**Gzim Krasniqi**
**90 New Hempstead Road**
**New City, NY 10956**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,651.00 | $2,651.00 |
|---|---|---|---|---|

**Harry Pereira**
**261 56th Street**
**Brooklyn, NY 11220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,662.00 | $2,662.00 |
|---|---|---|---|---|

**Henry Rodriguez**
**34-34 100th Street**
**Corona, NY 11368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,517.00 | $2,517.00 |
|---|---|---|---|---|

**Jacob Charest**
**1 Merritt Avenue**
**South Amboy, NJ 08879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,964.00 | $1,964.00 |
|---|---|---|---|---|
| | **Janet Soto** **20 Westminster Road** **Brooklyn, NY 11218** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,280.00 | $6,280.00 |
|---|---|---|---|---|
| | **Jason Wade** **625 Ocean Avenue** **Apt. 5H** **Brooklyn, NY 11226** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,630.00 | $5,630.00 |
|---|---|---|---|---|
| | **John Aquila** **5665 Amboy Road** **Staten Island, NY 10309** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,378.00 | $5,378.00 |
|---|---|---|---|---|
| | **John Glynn III** **1138 Willoughby Avenue** **Apt. 2R** **Brooklyn, NY 11221** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,429.00 | $2,429.00 |
|---|---|---|---|---|

**John Mason**
**89 Driggs Street**
**Staten Island, NY 10308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,743.00 | $3,743.00 |
|---|---|---|---|---|

**Jose Amaya**
**29-44 Beach Channel Drive**
**Far Rockaway, NY 11691**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,522.00 | $1,522.00 |
|---|---|---|---|---|

**Joseph Pulido**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,197.00 | $4,197.00 |
|---|---|---|---|---|

**Kahan Mohamed**
**3000 Ocean Parkway**
**Apt. 7U**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Bay Ridge Automotive Company, LLC**                                 Case number (if known)
_____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,682.00 | $6,682.00 |
|---|---|---|---|---|

| | **Kevin Sheehan** | *Check all that apply.* | | |
| | **24 Albert Drive** | ☐ Contingent | | |
| | **Old Bridge, NJ 08857** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,789.00 | $1,789.00 |
|---|---|---|---|---|

| | **Khalid Yosef** | *Check all that apply.* | | |
| | **46 Paerdegat 15th Street** | ☐ Contingent | | |
| | **Brooklyn, NY 11236** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,314.00 | $1,314.00 |
|---|---|---|---|---|

| | **Kristine Hoff** | *Check all that apply.* | | |
| | **162 Avenue S** | ☐ Contingent | | |
| | **Apt. 3F** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11223** | ■ Disputed | | |

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |
|---|---|---|---|---|

| | **Leodan Melendez** | *Check all that apply.* | | |
| | **2432 Ocean Avenue** | ☐ Contingent | | |
| | **2nd Floor** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11229** | ■ Disputed | | |

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,126.00 | $5,126.00 |
|---|---|---|---|---|

**Levi Toledo**
**217 Thompson Street**
**Apt. #1**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,955.00 | $5,955.00 |
|---|---|---|---|---|

**Luis Santiago**
**336 42nd Street**
**Apt. #1**
**Brooklyn, NY 11232**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,149.00 | $2,149.00 |
|---|---|---|---|---|

**Maged Misak**
**44 Poets Circle**
**Staten Island, NY 10312**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,082.00 | $3,082.00 |
|---|---|---|---|---|

**Marc Miranda**
**214 St. John Avenue**
**Staten Island, NY 10314**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,789.00 | $1,789.00 |
|---|---|---|---|---|

**Martin Mooney**
**92 Van Pelt Avenue**
**Staten Island, NY 10303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,660.00 | $2,660.00 |
|---|---|---|---|---|

**Mary Guinto**
**311 82nd Street**
**Brooklyn, NY 11209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,634.00 | $3,634.00 |
|---|---|---|---|---|

**Matthew Cocheo**
**35 Long Meadow Drive**
**Staatsburg, NY 12580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,872.00 | $1,872.00 |
|---|---|---|---|---|

**Melanie Madeo**
**24 Fairlawn Loop**
**Staten Island, NY 10308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,881.00 | $5,881.00 |
|---|---|---|---|---|

**Michael Pulido**
86-30 139th Street
Jamaica, NY 11435

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,419.00 | $5,419.00 |
|---|---|---|---|---|

**Moustafa Moussa**
19 Amador Street
Staten Island, NY 10303

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Nigel Leandro**
2014 Blackrock Avenue
Bronx, NY 10472

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760,904.00 | $760,904.00 |
|---|---|---|---|---|

**NYS Dept. of Taxation**
**Bankruptcy Division**
PO Box 5300
Albany, NY 12205-0300

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|
| | **Omar Henry** | Check all that apply. | | |
| | **3410 Glenwood Avenue** | ☐ Contingent | | |
| | **Brooklyn, NY 11210** | ☐ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|
| | **Pamela Morgan** | Check all that apply. | | |
| | **336 93rd Street** | ☐ Contingent | | |
| | **Apt. C6** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11209** | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,448.00 | $2,448.00 |
|---|---|---|---|---|
| | **Peter Rossi** | Check all that apply. | | |
| | **133 Adams Street** | ☐ Contingent | | |
| | **Staten Island, NY 10306** | ☐ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.00 | $1,997.00 |
|---|---|---|---|---|
| | **Raymond Torres** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

Debtor    **Bay Ridge Automotive Company, LLC**

Name

Case number (if known) _____

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 | $2,500.00 |
|------|---|---|---|---|

**Richard Cappetta Jr.**
**14 True Harbor Way**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,888.00 | $5,888.00 |
|------|---|---|---|---|

**Robert Mooney**
**92 Van Pelt Avenue**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,114.00 | $4,114.00 |
|------|---|---|---|---|

**Roger Cockerham**
**245 31B 77th Crescent**
**2nd Floor**
**Bellerose, NY 11426**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,118.00 | $2,118.00 |
|------|---|---|---|---|

**Roger S. Beepath**
**41 Richard Lane**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,353.00 | $1,353.00 |
|---|---|---|---|---|
| | **Rosalie Nunez**<br>**91 Ann Street**<br>**1st Floor**<br>**Staten Island, NY 10302** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,708.00 | $1,708.00 |
|---|---|---|---|---|
| | **Russell Moore**<br>**1006 Halsey Street**<br>**Brooklyn, NY 11207** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,311.00 | $5,311.00 |
|---|---|---|---|---|
| | **Saif Ahmed**<br>**139-54 87th Road**<br>**Jamaica, NY 11435** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,726.00 | $1,726.00 |
|---|---|---|---|---|
| | **Shawn Jaipaul**<br>**117-21 124th Street**<br>**South Ozone Park, NY 11420** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.71** | Priority creditor's name and mailing address
**Siarhei Samsonau**
**1311 Brightwater Avenue**
**Brooklyn, NY 11235**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.72** | Priority creditor's name and mailing address
**Steven Kupseta**
**230 Timber Ridge Drive**
**Staten Island, NY 10306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$3,428.00   $3,428.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.73** | Priority creditor's name and mailing address
**Theresa Moseder**
**1458 72nd Street**
**Brooklyn, NY 11228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$714.00   $714.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.74** | Priority creditor's name and mailing address
**Thomas Desola**
**1239 76th Street**
**Brooklyn, NY 11228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$5,914.00   $5,914.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**2.75** Priority creditor's name and mailing address
**Timothy Orland**
**3687 Hylan Blvd.**
**Staten Island, NY 10308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.76** Priority creditor's name and mailing address
**Vlad Nevryanskiy**
**2705 Kings Highway**
**Apt. 5D**
**Brooklyn, NY 11229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.77** Priority creditor's name and mailing address
**Willy Sanchez**
**1078 Belmont Avenue**
**Brooklyn, NY 11208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$1,986.00          $1,986.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.78** Priority creditor's name and mailing address
**Yuri Frid**
**6 Skyview Drive**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$12,850.00          $768.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|--------|-----|------|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Zaur Rakhmilov**
**39 Keating Street**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,026.00** | **$4,026.00** |
|---|---|---|---|---|

**Zhijian Huang**
**1653 74th Street**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**ACE Auto Storage**
**95 Rector Street**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,950.88** |
|---|---|---|---|

**AER Sales LP**
**1605 Surveyor Blvd.**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.43** |
|---|---|---|---|

**Aircore Distributions**
**100 Rose Avenue**
**Hempstead, NY 11550-6645**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.63 |
|---|---|---|---|

**Alpha Fire and Security**
**90 Quentin Road**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.76 |
|---|---|---|---|

**Aramark Refreshment Services**
**6800 Jericho Turnpike**
**Suite 120W**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,444.18 |
|---|---|---|---|

**Aramark Uniform Group Inc.**
**PO Box 28050**
**New York, NY 10087-8050**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,334.60 |
|---|---|---|---|

**Assured Environments**
**45 Broadway, 10th Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,387.45 |
|---|---|---|---|

**Auto Alert**
**9050 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,715.00 |
|---|---|---|---|

**Autocare Network LLC**
**1735 N. Ocean Road**
**Suite D**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,500.19 |
|---|---|---|---|

**Autoloop**
**PO Box 1266**
**Clearwater, FL 33757-1266**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

B & I Auto Supply
PO Box 128
135 Commerce Drive
Fort Washington, PA 19034

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.09** |
|---|---|---|---|

Benmatt Industries Inc.
PO Box 820959
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

Bernie's
147 Linden Avenue
Westbury, NY 11590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

Best Car Wash & Detail Inc.
902 65th Street
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,238.47** |
|---|---|---|---|

Beveridge & Diamond, P.C.
1350 I Street N.W.
Suite 700
Washington, DC 20005-3311

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.63** |
|---|---|---|---|

Brandon Ford
9090 E. Adamo Dr.
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.61** |
|---|---|---|---|

Brooklyn Auto Group
2286 Flatbush Avenue
Brooklyn, NY 11234

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Bay Ridge Automotive Company, LLC**                    Case number (if known) _____
_____
Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,248.57 |
|---|---|---|---|

**Canon Solutions America Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,652.99 |
|---|---|---|---|

**Car Tone Collision**
**815 39th Street**
**Brooklyn, NY 11232-1446**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Car-Tone Collision**
**815-817 39th Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,640.60 |
|---|---|---|---|

**Carfax, Inc.**
**16630 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,225.00 |
|---|---|---|---|

**Carlos Service Lift Inc.**
**45 Jackson Street**
**Apt. B20**
**Hempstead, NY 11550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,180.00 |
|---|---|---|---|

**Carnow Inc.**
**25 South Park Street**
**Hanover, NH 03755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,470.19 |
|---|---|---|---|

**Cars.com, LLC**
**2631 Solution Center**
**Chicago, IL 60677-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.00** |
|---|---|---|---|

**Carsforsale.com Inc.**
PO Box 91537
Sioux Falls, SD 57109

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**Chase Vehicle Exchange, Inc.**
14800 Frye Road
1st Floor
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Chelsea Auto Diagnostic**
204 Hamilton Avenue
Brooklyn, NY 11231-1831

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,511.61** |
|---|---|---|---|

**Con Edison**
JAF Station
PO Box 1702
New York, NY 10116

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _0032_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Con Edison**
JAF Station
PO Box 1702
New York, NY 10116

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _0022_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Con Edison**
JAF Station
PO Box 1702
New York, NY 10116-1702

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _0001_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,768.96** |
|---|---|---|---|

**Con Edison**
JAF Station
PO Box 1702
New York, NY 10003

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _4051_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coney Island Auto Parts**
2317 McDonald Avenue
Brooklyn, NY 11223-4737

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.22 |
|---|---|---|---|

**Corelogic Credco LLC**
PO Box 847070
Dallas, TX 75284-7070

Date(s) debt was incurred _
Last 4 digits of account number  0839

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crystal Fusion Technologies**
PO Box 1298
West Babylon, NY 11704

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.05 |
|---|---|---|---|

**Dana Motors**
266 W. Service Road
Staten Island, NY 10314-4753

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,785.60 |
|---|---|---|---|

**Danken Auto Parts**
84 18th Street
Brooklyn, NY 11232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,427.00 |
|---|---|---|---|

**Dealer Focus LLC**
1600 Osgood Street
Suite 3068
North Andover, MA 01845

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.25 |
|---|---|---|---|

**Dealer Storage Corp.**
PO Box 320212
Brooklyn, NY 11232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.36 |
|---|---|---|---|

**Dealerrater.com, LLC**
75 Remittance Dr.
Dept. 6767
Chicago, IL 60675-6767

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,749.86 |
|---|---|---|---|

**Dealersocket, Inc.**
PO Box 843876
Los Angeles, CA 90084-5423

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,156.40 |
|---|---|---|---|

**Dige Associates LLC**
2707 Landing Avenue
Bellmore, NY 11710

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.42 |
|---|---|---|---|

**Dish**
Dept. 0063
Palatine, IL 60055-0063

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,002.00 |
|---|---|---|---|

**Drive Digital Group**
357 Interstate Blvd.
Sarasota, FL 34240

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Drivematic**
349 Interstate Blvd.
Sarasota, FL 34240

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,787.34 |
|---|---|---|---|

**Edmunds.com, Inc.**
PO Box 783531
Philadelphia, PA 19178-3531

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _2442_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.50 |
|---|---|---|---|
| | Federal Safety Compliance Inc.<br>2900 Delk Road<br>Suite 700<br>Marietta, GA 30067 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.90 |
|---|---|---|---|
| | FEDEX<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,254.97 |
|---|---|---|---|
| | FEDEX<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  8650 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,817.30 |
|---|---|---|---|
| | First Unum Life Insurance Co.<br>PO Box 406927<br>Atlanta, GA 30384-6927 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,708.30 |
|---|---|---|---|
| | Ford Motor Company<br>16800 Executive Plaza<br>Dearborn, MI 48126 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,630.28 |
|---|---|---|---|
| | High Touch, LLC<br>PO Box 410<br>Yonkers, NY 10710 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|
| | Hilna Motor Service<br>2050 Stillwell Avenue<br>Brooklyn, NY 11223-3424 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    __Bay Ridge Automotive Company, LLC_____    Case number (if known) _____
          Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.98 |
|------|---|---|---|

**3.53**
Nonpriority creditor's name and mailing address
**Ideal Vending & Coffee Service**
**219 9th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$725.98**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**
Nonpriority creditor's name and mailing address
**IFM North America**
**PO Box 77000**
**Dept. #77770**
**Detroit, MI 48277-0770**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,450.80**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**
Nonpriority creditor's name and mailing address
**Independent Dealer Group, Inc.**
**851 International Pkwy**
**Suite 100**
**Richardson, TX 75085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$19,385.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**
Nonpriority creditor's name and mailing address
**International Truck & Repair**
**111 58th Street**
**Brooklyn, NY 11220-2515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,007.28**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57**
Nonpriority creditor's name and mailing address
**J & V Auto Parts**
**519 E. 83rd Street**
**Brooklyn, NY 11236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$150.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58**
Nonpriority creditor's name and mailing address
**Jacmar Enterprises Inc.**
**PO Box 600**
**East Northport, NY 11731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59**
Nonpriority creditor's name and mailing address
**Jets Towing and Auto**
**1391 Utica Avenue**
**Brooklyn, NY 11203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,041.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Bay Ridge Automotive Company, LLC**                               Case number (if known)
_____
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,783.99 |
|---|---|---|---|

**Joe Sons Auto Parts**
**797 4th Avenue**
**Brooklyn, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,331.13 |
|---|---|---|---|

**Joseph S. Aboyoun, Esq.**
**77 Bloomfield Avenue**
**Route 46**
**Pine Brook, NJ 07058**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,159.00 |
|---|---|---|---|

**KAJ Petroleum Inc.**
**5701 2nd Avenue**
**Brooklyn, NY 11220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.24 |
|---|---|---|---|

**Kings Chrysler**
**2286 Flatbush Avenue**
**Brooklyn, NY 11234-4518**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.00 |
|---|---|---|---|

**Kwicksilver**
**703 3rd Avenue**
**Brooklyn, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,167.00 |
|---|---|---|---|

**L & S Collision**
**41 Rector Street**
**Staten Island, NY 10310-1223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|---|---|---|---|

**Liberty Glass**
**65-02 Queens Blvd.**
**Woodside, NY 11377**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Bay Ridge Automotive Company, LLC**                              Case number (if known) _____
                  Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.50 |

**Lojack**
PO Box 846111
Boston, MA 02284

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |

**Long Life Truck and Auto**
3904 Fort Hamilton Pkwy
Brooklyn, NY 11218-1917

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Lot Capture, LLC**
349 Interstate Blvd.
Sarasota, FL 34240

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,913.20 |

**MD Auto**
PO Box 485
Merrick, NY 11566

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Member Services, Inc.**
3604 NW Frontage Road
PO Box 1760
Bentonville, AR 72712

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,800.00 |

**Michael Lilikakis**
235 89th Street
Brooklyn, NY 11209

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**Mobility Works Commercial**
1090 West Wilbeth
Akron, OH 44314

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,566.56 |
|---|---|---|---|

**Motivated Security Services**
PO Box 215
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **D222**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.00 |
|---|---|---|---|

**My Way Auto Repair & Glass**
6202 3rd Avenue
Brooklyn, NY 11220-4408

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,508.01 |
|---|---|---|---|

**Nac Van and Truck**
590 West Merrick Road
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.83 |
|---|---|---|---|

**National Credit Center**
PO Box 40285
Los Angeles, CA 90074-0285

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,280.20 |
|---|---|---|---|

**National Grid**
PO Box 11741
Newark, NJ 07101-9839

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8253**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.73 |
|---|---|---|---|

**National Grid**
PO Box 11741
Newark, NJ 07101-9839

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.43 |
|---|---|---|---|

**National Grid**
PO Box 11741
Newark, NJ 07101-4741

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5803**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address
**National Grid**
PO Box 11741
Newark, NJ 07101-9839

Date(s) debt was incurred _
Last 4 digits of account number  **5793**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$840.53**

---

**3.82** | Nonpriority creditor's name and mailing address
**New Generation Auto Parts**
529 63rd Street
Brooklyn, NY 11220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2.50**

---

**3.83** | Nonpriority creditor's name and mailing address
**New GH Berlin Oil Company**
42 Rumsey Raod
East Hartford, CT 06108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,570.85**

---

**3.84** | Nonpriority creditor's name and mailing address
**New York State Auto**
**Dealers Group Insurance Trust**
P.O. Box 7347
Albany, NY 12224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**New York State Insurance Fund**
**Workers' Compensation**
P.O. Box 5238
New York, NY 10008-5238

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.86** | Nonpriority creditor's name and mailing address
**New York Tire Factory**
25A Dubon CT.
Farmingdale, NY 11735

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

**3.87** | Nonpriority creditor's name and mailing address
**NY State Thruway Authority**
RR 5
Schenectady, NY 12309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,545.60 |
|---|---|---|---|

NYC Economic Development Corp.
PO Box 5264
New York, NY 10008-5264

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9051

Is the claim subject to offset? ■ No □ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5001

Is the claim subject to offset? ■ No □ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.76 |
|---|---|---|---|

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9001

Is the claim subject to offset? ■ No □ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,905.48 |
|---|---|---|---|

NYCEDC
PO Box 5264
New York, NY 10008-5264

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NYS Dept. of Motor Vehicles
6 Empire States Plaza
Albany, NY 12228

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NYS Dept. of Transportation
Main Office
50 Wolf Road
Albany, NY 12232

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NYS Deptment of Labor
P.O. Box 15130
Albany, NY 12212-5130

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NYS Insurance Fund
Workers' Compensation
PO Box 5238
New York, NY 10008-5238

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _2633_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,569.78 |
|---|---|---|---|

One Service Source Inc.
PO Box 40
Carle Place, NY 11514

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,524.25 |
|---|---|---|---|

Paul & Daniels Flags & Banners
2A Magnolia Avenue
Nesconset, NY 11767

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Paul MacHenry and Company
20 Executive Drive
Moorestown, NJ 08057-4252

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,499.72 |
|---|---|---|---|

Paul Revere Life Ins. Co.
PO Box 1365
Columbia, SC 29202-1365

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

PH Media Group
Oakland House
Talbot Road, 12th Floor
Manchester M16 0PQ

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.39 |
|---|---|---|---|

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _2547_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bay Ridge Automotive Company, LLC**                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.102**

Nonpriority creditor's name and mailing address
**Pitta Bishop Del Giorno & Gibl**
**120 Broadway**
**28th Floor**
**New York, NY 10271**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$74,187.05

---

**3.103**

Nonpriority creditor's name and mailing address
**PJK Sales, Inc.**
**DM Professional, Inc.**
**PO Box 508**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$20.00

---

**3.104**

Nonpriority creditor's name and mailing address
**Precision Collison Auto Body**
**123-17 101st Street**
**South Richmond Hill, NY 11419**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$9,150.00

---

**3.105**

Nonpriority creditor's name and mailing address
**Prestige Auto Transport**
**374 Brehaut Avenue**
**Staten Island, NY 10307**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.106**

Nonpriority creditor's name and mailing address
**Reed Smith LLP**
**599 Lexington Avenue**
**26th Floor**
**New York, NY 10022-7684**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$262.50

---

**3.107**

Nonpriority creditor's name and mailing address
**Reyna Capital Corporatoin**
**PO Box 674275**
**Dallas, TX 75267-4275**

Date(s) debt was incurred __
Last 4 digits of account number __ **2383**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.108**

Nonpriority creditor's name and mailing address
**Reynolds & Reynolds**
**PO Box 182206**
**Columbus, OH 43218**

Date(s) debt was incurred __
Last 4 digits of account number __ **5776**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Bay Ridge Automotive Company, LLC**          Case number (if known) _____
          Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.76 |
|---|---|---|---|

**RouteOne, LLC**
**16902 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.02 |
|---|---|---|---|

**Sand Automotive Warehouse**
**59 15th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**Secure Auto Systems, Inc.**
**PO Box 060878**
**Staten Island, NY 10306-0009**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,799.34 |
|---|---|---|---|

**Star Paper LLC**
**174 Fifth Avenue**
**New York, NY 10010**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Taxicab Partitions Inc.**
**14-15 Inwood Avenue**
**Bronx, NY 10452**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,084.68 |
|---|---|---|---|

**TD Bank**
**32 Chestnut Street**
**Lewiston, ME 04240**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TD Bank NA**
**1100 Lake Street**
**Ramsey, NJ 07446**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629.08 |
| | **TFPI/Total Fire Protection** | ☐ Contingent | |
| | 5322 Avenue N. | ☐ Unliquidated | |
| | Brooklyn, NY 11234 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **The Coughlan Group Inc.** | ☐ Contingent | |
| | 237 West 35th Street, Suite 30 | ☐ Unliquidated | |
| | New York, NY 10001 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,584.38 |
| | **Time Warner Cable** | ☐ Contingent | |
| | PO Box 11820 | ☐ Unliquidated | |
| | Newark, NJ 07101-8120 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __0910__ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,256.33 |
| | **Time Warner Cable** | ☐ Contingent | |
| | PO Box 11820 | ☐ Unliquidated | |
| | Newark, NJ 07101-8120 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __4035__ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.04 |
| | **Time Warner Cable** | ☐ Contingent | |
| | PO Box 11820 | ☐ Unliquidated | |
| | Newark, NJ 07101-8120 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __3710__ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,902.16 |
| | **Time Warner Cable of NYC** | ☐ Contingent | |
| | PO Box 11820 | ☐ Unliquidated | |
| | Newark, NJ 07101-8120 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __9266__ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
| | **TM & T Service Station, Inc.** | ☐ Contingent | |
| | 41-15 Northern Blvd. | ☐ Unliquidated | |
| | Long Island City, NY 11101 | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,936.24 |
|---|---|---|---|

**TNS Auto Collision**
1011 61st Street
Brooklyn, NY 11219-5127

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,782.98 |
|---|---|---|---|

**TNS Auto Collision**
1011 61st Street
Brooklyn, NY 11219-5127

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.55 |
|---|---|---|---|

**Tri-County Auto Company**
311 West Main Street
Rockaway, NJ 07866

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,161.86 |
|---|---|---|---|

**True Car, Inc.**
Dept. LA 24198
Pasadena, CA 91185-4198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Dept. of Transportation**
1200 New Jersey Avenue, SE
Washington, DC 20590

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,652.92 |
|---|---|---|---|

**UAW Local 259**
140 Sylvan Avenue
Suite 303
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0291

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,582.75 |
|---|---|---|---|

**United Automobile Workers**
80 Jerusalem Avenue
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,585.68 |
|---|---|---|---|

**United Healthcare**
1 Penn Plaza
8th Floor
New York, NY 10119

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,407.50 |
|---|---|---|---|

**United Radio, Inc.**
5705 Enterprise Pkwy
East Syracuse, NY 13057

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Universal Underwriters Group**
4440 Paysphere Circle
Chicago, IL 60674

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,520.00 |
|---|---|---|---|

**Uperator LLC**
17505 N. 79th Avenue
Suite 413
Glendale, AZ 85308

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.89 |
|---|---|---|---|

**UPS Ground Freight**
PO Box 7247-0244
Philadelphia, PA 19170

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A155**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Venus Auto Parts**
2125 Greenpoint Avenue
Brooklyn, NY 11245

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.72 |
|---|---|---|---|

**Verizon**
PO Box 408
Newark, NJ 07101-0080

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Bay Ridge Automotive Company, LLC**

Name

Case number *(if known)*

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Verizon**
PO Box 15043
Albany, NY 12212-5043

Date(s) debt was incurred _

Last 4 digits of account number **6166**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.70 |
|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12212

Date(s) debt was incurred _

Last 4 digits of account number **2299**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.13 |
|---|---|---|---|

**Vintage Parts**
PO Box 376
Beaver Dam, WI 53916

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Wheel Fix It**
55 St. Mary's Place
Freeport, NY 11520

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.41 |
|---|---|---|---|

**White Plains Nissan**
500 Tarrytown Road
White Plains, NY 10607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wholesale Auto Supply Co.**
22 Florence Street
PO Box 2166
South Hackensack, NJ 07606-1591

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,192.50 |
|---|---|---|---|

**Wiss & Company LLP**
14 Penn Plaza
Suite 300
New York, NY 10122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bay Ridge Automotive Company, LLC**                          Case number (if known) _____
            Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Withum Smith & Brown**
**5 Vaughn Drive**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8938**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Workers' Compensation Board**
**328 State Street**
**Schenectady, NY 12305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,589.48 |

**Zide Inc.**
**11 Eliot Avenue**
**Huntington Station, NY 11746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,003,503.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,047,674.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,051,177.98 |

**Fill in this information to identify the case:**

Debtor name     **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                  State the name and mailing address for all other parties with
                                                                whom the debtor has an executory contract or unexpired
                                                                lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Showroom** | |
| | State the term remaining | **20 years** | **612 86th Street, LLC**<br>**c/o Seltzer Sussman Haberman**<br>**100 Jericho Quadrangle**<br>**Jericho, NY 11753** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Pre-Owned Center** | |
| | State the term remaining | **20 years** | **Dige Associates LLC**<br>**c/o Peter J. Zahakis**<br>**2707 Landing Avenue**<br>**Bellmore, NY 11710** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ford Sales and Service Agreement** | |
| | State the term remaining | | **Ford Motor Company**<br>**16800 Executive Plaza**<br>**Dearborn, MI 48126** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Service Center** | |
| | State the term remaining | **37 years** | **NYC Economic Development Corp.**<br>**Attn: Lease Administrator**<br>**110 William Street**<br>**New York, NY 10038** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Bay Ridge Automotive Company, LLC**                    Case number *(if known)* _____
     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Data Management Services** | |
|---|---|---|---|
| | State the term remaining | | **Reynolds and Reynolds** |
| | List the contract number of any government contract | | **One Reynolds Way** |
| | | | **Dayton, OH 45430** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | **6 years** | **Riverside Machinery Co.** |
| | List the contract number of any government contract | | **140 53rd Street** |
| | | | **Brooklyn, NY 11232** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                          Column 2: **Creditor**

|   | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alex Boyko | 3201 NE 183rd Street #2004<br>North Miami Beach, FL 33160 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Alex Boyko | 3201 NE 183rd Street #2004<br>North Miami Beach, FL 33160 | TD Bank | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | BICOM NY, LLC | 787 11th Avenue<br>New York, NY 10019 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Gary Flom | 50 Riverside Blvd. #10A<br>New York, NY 10169 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Gary Flom | 50 Riverside Blvd. #10A<br>New York, NY 10169 | TD Bank | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Bay Ridge Automotive Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | **ISCOM NY, LLC** | **1 York Street**<br>**New York, NY 10013** | **JP Morgan Chase**<br>**Bank, NA** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **JP Morgan Chase**<br>**Bank, NA** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **TD Bank** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |